UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
Harry Gao, on behalf of himself and all others similarly situated, :
: 
             Plaintiff,     Civ. Action No. 1:14-cv-04281-PAC
: 
       v.     **NOTICE OF APPEARANCE**

JPMorgan Chase & Co. and Chase Bank USA, N.A., :
: 
             Defendants.
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Noah Levine of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Defendants JPMorgan Chase & Co., and Chase Bank USA, N.A.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 1, 2014

                                      Respectfully submitted,

                                      /s/ Noah Levine
                                      Noah Levine
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      7 World Trade Center
                                      250 Greenwich Street
                                      New York, NY 10007
                                      Tel: (212) 230-8800

Fax: (212) 230-8888

*Attorney for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.*