UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Harry Gao, on behalf of himself and all others similarly situated,

     Plaintiff,

    v.

JPMorgan Chase & Co. and Chase Bank USA, N.A.,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 1:14-cv-04281-PAC

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Alan E. Schoenfeld of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Defendants JPMorgan Chase & Co., and Chase Bank USA, N.A. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   July 1, 2014

          Respectfully submitted,

         /s/ Alan E. Schoenfeld
         Alan E. Schoenfeld
         Wilmer Cutler Pickering Hale and Dorr LLP
         7 World Trade Center
         250 Greenwich Street
         New York, NY 10007
         Tel: (212) 230-8800

Fax: (212) 230-8888

*Attorney for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.*