# TRIEF & OLK
ATTORNEYS AT LAW
150 EAST 58TH STREET
34TH FLOOR
NEW YORK, NEW YORK 10155

FACSIMILE: (212) 317-2946
E-MAIL: FIRM@TRIEFANDOLK.COM

TELEPHONE: (212) 486-6060

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

September 24, 2014

**VIA CM/ECF**

The Honorable Judge Paul A. Crotty
United States District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007-1312

    Re: *Gao et al. v. JPMorgan Chase & Co. and Chase Bank USA, N.A.*, No. 14 Civ. 4281

Dear Judge Crotty:

    We write on behalf of plaintiffs Henry Gao and Roberta Socall to request an extension of time to respond to Defendants' letter requesting a pre-motion conference for their anticipated Fed. R. Civ. P. 12(b)(6) motion filed on September 24, 2014 [Doc. No. 18].

    Under Your Honor's Individual Practices, Plaintiffs' response is currently due Monday, September 29, 2014. In light of the Rosh Hashanah holiday, which begins this evening and is observed by Plaintiffs' counsel, Plaintiffs request an extension to Thursday, October 2, 2014, to respond to Defendants' September 24th letter.

    This is Plaintiffs' first request for an extension and Defendants consent to this request.

                                      Respectfully submitted,

                                      */s/ Caitlin Duffy*
                                      Caitlin Duffy

cc: All counsel of record (by ECF)