# WILMERHALE

Noah Levine

+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

October 9, 2014

**BY ECF**

Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, New York  10007

     Re:   *Gao v. JPMorgan Chase & Co.*, 14-cv-4281

Dear Judge Crotty:

     This firm represents defendants in the above-mentioned case.  Pursuant to this Court's October 7, 2014 order, the parties have conferred regarding scheduling for defendants' motion to dismiss plaintiffs' amended complaint and agreed upon the following proposed schedule, which we respectfully submit to be "so ordered" by the Court:

- Defendants shall file a motion to dismiss the amended complaint by October 27, 2014.

- Plaintiffs shall file their opposition to defendants' motion to dismiss by December 1, 2014.

- Defendants shall file their reply in support of their motion to dismiss by December 23, 2014.

Respectfully submitted,


/s/ Noah A. Levine
Noah A. Levine

cc:          All counsel (via ECF)