UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HARRY GAO and ROBERTA SOCALL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Civ. Action No. 1:14-cv-04281-PAC

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that David S. Lesser of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Defendants JPMorgan Chase & Co., and Chase Bank USA, N.A.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   October 22, 2014

                   Respectfully submitted,

                   /s/ David S. Lesser
                   David S. Lesser
                   Wilmer Cutler Pickering Hale and Dorr LLP
                   7 World Trade Center
                   250 Greenwich Street
                   New York, NY 10007
                   Tel: (212) 230-8800
                   Fax: (212) 230-8888

                   *Attorney for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.*