UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY GAO and ROBERTA SOCALL, on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>  -against-<br><br>JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.,<br><br>                           Defendants. | No. 14 Civ. 4281 (PAC)<br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, dated October 27, 2014, Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A., by and through their undersigned counsel, will move before this Court, before the Honorable Paul A. Crotty, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, at a time and date convenient for the Court, for an order dismissing with prejudice all claims in the Amended Complaint against the Defendants for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying Memorandum of Law.

Pursuant to this Court's memo endorsement dated October 9, 2014 [Dkt. No. 24], Plaintiffs' response (if any) is due on December 1, 2014, and Defendants' reply (if any) is due on December 23, 2014.

| | |
|---|---|
| Dated: New York, New York<br>October 27, 2014 | Respectfully submitted,<br><br>/s/ Noah Levine<br><br>Noah Levine<br>David Lesser<br>Alan E. Schoenfeld<br>Hanna A. Baek<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>noah.levine@wilmerhale.com<br>david.lesser@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br>hanna.baek@wilmerhale.com<br><br>*Attorneys for Defendants JP Morgan Chase & Co. and Chase Bank USA, N.A.* |