

## GOLOMB & HONIK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1515 Market Street
Suite 1100
Philadelphia, PA 19102
Phone: 215-985-9177
Fax: 215-985-4169
www.golombhonik.com

Kenneth J. Grunfeld
kgrunfeld@golombhonik.com

April 23, 2015

The Honorable Paul A. Crotty
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 Pearl Street, Chambers 1350
New York, NY 10007

**VIA CM/ECF AND FIRST CLASS MAIL**

> Re:   **Harry Gao, et al. v. JP Morgan Chase, et al.**
> **USDC for the Southern District of New York; Case No: 1:14-cv-4281 (PAC)**

Dear Judge Crotty

Pursuant to Your Honor's Individual Practices, Rule # 3, Section N, the Plaintiffs in the above-captioned matter write to call to the Court's attention the fact that the Defendants' Motion to Dismiss the Amended Complaint that was originally filed on October 27, 2014 (Dkt. # 26) has been fully submitted since December 23, 2015, which is a period of over 120 days.

Counsel for the Plaintiffs contacted counsel for the Defendants and asked if the Defendants would join us in filing this letter to Your Honor. Defendants declined to do so.

Respectfully,

Kenneth J. Grunfeld
**GOLOMB & HONIK, P.C.**

KJG/ecm
cc:   All Counsel of Record (via CM/ECF)