# WILMERHALE

August 6, 2015

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA ECF**

The Honorable Paul A. Crotty
U.S. District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007-1312

     Re:  *Gao v. JPMorgan Chase & Co. and Chase Bank USA, N.A.*, No. 14 Civ. 4281

Dear Judge Crotty:

     This firm represents defendants in the above-referenced case.  We write on behalf of all parties.

     As discussed at yesterday's pre-motion conference, the parties have conferred regarding a schedule for defendants' motion to dismiss the fraudulent-inducement claim pleaded in Plaintiffs' second amended complaint, and respectfully submit the following proposed schedule to be "so ordered" by the Court:

- Defendants shall file their motion to dismiss by August 21, 2015.
- Plaintiffs shall file their opposition by September 4, 2015.
- Defendants shall file their reply by September 14, 2015.

Respectfully submitted,


/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:  All counsel of record (via ECF)