**WILMERHALE**

August 6, 2015

**VIA ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-15

The Honorable Paul A. Crotty
U.S. District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007-1312

Re: *Gao v. JPMorgan Chase & Co. and Chase Bank USA, N.A.*, No. 14 Civ. 4281

Dear Judge Crotty:

This firm represents defendants in the above-referenced case. We write on behalf of all parties.

As discussed at yesterday's pre-motion conference, the parties have conferred regarding a schedule for defendants' motion to dismiss the fraudulent-inducement claim pleaded in Plaintiffs' second amended complaint, and respectfully submit the following proposed schedule to be "so ordered" by the Court:

- Defendants shall file their motion to dismiss by August 21, 2015.
- Plaintiffs shall file their opposition by September 4, 2015.
- Defendants shall file their reply by September 14, 2015.

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc: All counsel of record (via ECF)

8-7-15
SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE