

GOLOMB & HONIK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1515 Market Street
Suite 1100
Philadelphia, PA 19102
Phone: 215-985-9177
Fax: 215-985-4169
www.golombhonik.com

Kenneth J. Grunfeld
kgrunfeld@golombhonik.com

October 2, 2015

The Honorable Paul A. Crotty        **VIA CM/ECF ONLY**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    *Harry Gao, et al. v. JP Morgan Chase, et al.*
               USDC for the Southern District of New York; Case No: 1:14-cv-4281 (PAC)

Dear Judge Crotty

      Counsel for the Plaintiffs in the above matter writes to seek an adjournment of the conference scheduled on October 7, 2015 at 2:45 pm in Room 14-C [Civil Case Management Plan and Scheduling Order, D.E. # 34]. There is nothing new to report in this case and counsel see no need for the scheduled conference at this time.

      The Court previously granted Plaintiffs leave to file a Third Amended Complaint, which was filed on August 21, 2015. Defendants were given sixty (60) days to file a motion to dismiss, to October 20, 2015. Accordingly, there is nothing new to report to the Court, so holding a conference now would not be fruitful.

      Counsel for the Defendants have been informed of this request and agree that adjournment is appropriate at this time. The parties seek to re-schedule the conference after the new motion to dismiss is fully briefed.

**GOLOMB & HONIK, P.C.**

The Honorable Paul A. Crotty
Re: *Gao, et al. vs. JP Morgan Chase, et al.*
October 2, 2015
Page 2 of 2

---

       Thank you for your consideration and attention.

                              Respectfully,

                              Kenneth J. Grunfeld
                              **GOLOMB & HONIK, P.C.**

KJG/ecm
cc:    All Counsel of Record (via CM/ECF)