UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY GAO and ROBERTA SOCALL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.,<br><br>Defendants. | No. 14 Civ. 4281 (PAC)<br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' PARTIAL MOTION TO DISMISS
THE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint, dated October 19, 2015, Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A., by and through their undersigned counsel, will move before this Court, before the Honorable Paul A. Crotty, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, at a time and date convenient for the Court, for an order dismissing with prejudice the fraudulent-inducement claim in the third amended complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying Memorandum of Law.

Dated: New York, New York  
October 19, 2015

Respectfully submitted.

/s/ Noah A. Levine
------------------------------------
Noah A. Levine  
Alan E. Schoenfeld  
Hanna Baek  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY  10007  
(212) 230-8800 (phone)  
(212) 230-8888 (fax)  
noah.levine@wilmerhale.com  
alan.schoenfeld@wilmerhale.com  
hanna.baek@wilmerhale.com

*Attorneys for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.*