UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 14, 2015

HARRY GAO and ROBERTA SOCALL,
on behalf of themselves and
all others similarly situated,

             Plaintiffs,

v.

JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

             Defendants.

Case No. 1:14-cv-04281-PAC

JURY TRIAL DEMANDED

## ~~PROPOSED~~ REVISED SCHEDULING ORDER

1. All <u>fact</u> discovery shall be completed no later than ~~2/9/16.~~ 1/8/16

2. All expert discovery shall be completed no later than: ~~3/25/2016.~~ 2/24/16

3. All other deadlines set forth in the Court's 7/6/15 Scheduling Order shall remain unchanged.

Dated: New York, NY.
Dec. 14, 2015

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE