USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARRY GAO and ROBERTA SOCALL, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.,

Defendants.

No. 14 Civ. 4281 (PAC)

---

### [PROPOSED] SUPPLEMENTAL NOTICE APPROVAL ORDER GRANTING JOINT MOTION TO RESCHEDULE THE FINAL APPROVAL HEARING AND APPROVING SUPPLEMENTAL NOTICE

Upon consideration of the Parties' joint motion to reschedule the Final Approval Hearing and approving Supplemental Notice, and the exhibits attached thereto, it is hereby ORDERED as follows.[1]

**I.    SUPPLEMENTAL NOTICE PROGRAM**

The Court approves the Supplemental Notice Program.

**II.   THE FINAL APPROVAL HEARING AND CORRESPONDING SCHEDULE**

Under paragraph 38 of this Court's Amended Order granting Preliminary Approval (Dkt. 72), for good cause shown, the Final Approval Hearing, currently scheduled for April 6, 2017, is vacated.

---

[1] The definitions in the Settlement Agreement and Release ("Agreement"), as amended by the Modification and Supplement to the Agreement ("Modification and Supplement"), are hereby incorporated as though fully set forth herein, and capitalized terms shall have the meaning attributed to them in the Agreement, as amended by the Modification and Supplement.

The Final Approval Hearing shall be held before this Court located at 500 Pearl Street in New York City, New York 10007-1312 on September 12, 2017 [no earlier than 25 following the Supplemental Claim Deadline], at 4:30 a.m./p.m. The corresponding relevant dates for the Settlement approval process are as follows:

| Event | Date |
| --- | --- |
| Settlement Administrator shall post the Supplemental Long-Form Notice on the Settlement Website. | 5 days after Supplemental Notice Approval. |
| CBUSA shall provide the Settlement Administrator with the data identifying Supplemental Notice Settlement Class Members. | 20 days after Supplemental Notice Approval. |
| Supplemental Notice Deadline; Settlement Administrator shall implement and complete the Supplemental Mail Notice Program. | 40 days after Supplemental Notice Approval. |
| Settlement Administrator shall provide the Parties with an affidavit that confirms that the Supplemental Mail Notice Program was completed in a timely manner. | 47 days after Supplemental Notice Approval. |
| Plaintiffs shall file their amended motion for attorneys' fees and costs and the Service Awards. | 14 days before the Supplemental Objection and Supplemental Opt-Out Deadlines. |
| Supplemental Objection and Supplemental Opt-Out Deadlines. | 30 days after Supplemental Notice Deadline. |
| Settlement Administrator shall provide final report summarizing the requests for exclusion and objections. | 5 days after Supplemental Objection and Supplemental Opt-Out Deadlines. |
| Supplemental Claim Deadline. | 45 days after Supplemental Notice Deadline. |
| Plaintiffs shall file their amended motion for Final Approval. | 14 days before the Final Approval Hearing. |
| Final Approval Hearing | [No earlier than 25 days following the Supplemental Claim Deadline.] |

New York, NY
April 3, 2017

So ordered
Paul Crotty
USDJ

2