# EXHIBIT 1

| **GAO, ET AL. V. JP MORGAN CHASE, ET AL.** | | | |
|---|---|---|---|
| **GOLOMB & HONIK, P.C. -UPDATED LODESTAR** | | | |
| | | | |
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| Richard M. Golomb | 4.00 | $750.00 | $3,000.00 |
| Kenneth J. Grunfeld | 97.50 | $450.00 | $43,875.00 |
| Steven D. Resnick | 11.50 | $400.00 | $4,600.00 |
| Elizabeth C. Malloy | 10.20 | $125.00 | $1,275.00 |
| **TOTAL:** | **123.20** | | **$52,750.00** |
| | | | |
| **GAO, ET AL. V. JP MORGAN CHASE, ET AL.** | | | |
| **TRIEF & OLK - UPDATED LODESTAR** | | | |
| | | | |
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| Ted Trief | 1.20 | $700.00 | $840.00 |
| Shelly L. Friedland | 3.60 | $500.00 | $1,800.00 |
| **TOTAL:** | **4.80** | | **$2,640.00** |
| | | | |
| **GRAND TOTALS:** | **128.00** | | **$55,390.00** |