

**Kenneth J. Grunfeld**
kgrunfeld@golombhonik.com

August 23, 2017

VIA CM/EF AND U.S. MAIL

The Honorable Paul A. Crotty
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007-1312

    Re:    *Harry Gao, et al. v. JP Morgan Chase, et al.*
              USDC for the Southern District of New York; Case No: 1:14-cv-4281 (PAC)

Dear Judge Crotty:

Pursuant to the Settlement Agreement in this action, counsel for the Plaintiffs are providing you with a Declaration from the class action administrator that includes a list of all class members that have opted out of the Settlement. You will note that there are no new opt-outs since the previous report, submitted on March 22, 2017.

                                            Respectfully,

                                            Kenneth J. Grunfeld
                                            **GOLOMB & HONIK, P.C.**

KJG/ecm
Enclosure
  cc:    All Counsel of record (via ECF only)