# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY GAO and ROBERTA SOCALL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.,<br><br>　　　　　　　　Defendants. | Case No: 1:14-cv-4281 PAC |

## PLAINTIFFS' UPDATED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>CERTIFICATION OF THE SETTLEMENT CLASS</u>

**PLEASE TAKE NOTICE** that Plaintiffs, Harry Gao and Roberta Socall, (collectively, "Plaintiffs") move this Court before the Honorable Paul A. Crotty, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, Courtroom 14-C, New York, NY 10007-1312, for an Order approving Plaintiffs' Updated Motion for Final Approval of Settlement and Certification of the Settlement Class.

**PLEASE TAKE FURTHER NOTICE,** that in support of its motion, Plaintiffs will rely on the Memoranda of Law and the Declarations submitted in support of this motion and the motion for final approval previously sought on March 23, 2017. A new proposed Order has also been submitted herewith.

| | |
|---|---|
| **Dated: <u>August 29, 2017</u>** | /s/ *Kenneth J. Grunfeld*<br>Richard M. Golomb, Esquire<br>rgolomb@golombhonik.com<br>Kenneth J. Grunfeld, Esquire<br>kgrunfeld@golombhonik.com<br>**Golomb & Honik, P.C.**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel. 215-985-9177<br>Fax. 215-985-4169 |

Ted Trief, Esquire
ttrief@triefandolk.com
Barbara Olk, Esquire
bolk@triefandolk.com
**Trief & Olk**
150 E. 58th St., 34th Floor
New York, NY 10155
Tel.: 212-486-6060
Fax: 212-317-2946

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Kenneth J. Grunfeld, Esquire, hereby certify that on this **29th** day **of August, 2017**, I caused a true and correct copy of the foregoing **Plaintiffs' Updated Notice of Motion and Motion for Final Approval of Settlement,** to be filed and served via the Court's CM/ECF filing system on all counsel of record.

Date: **August 29, 2017**

/s/ *Kenneth J. Grunfeld*
**KENNETH J. GRUNFELD, ESQUIRE**