IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harry Gao and Roberta Socall, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>JPMorgan Chase & Co., and Chase Bank USA, N.A.,<br><br>      Defendants. | Docket No: 1:14-cv-4281 (PAC) |

## ORDER

WHEREAS, the Court, having considered the Joint Motion for Approval of Final Settlement Distribution, and otherwise being fully informed, HEREBY ORDERS Class Action Administrator KCC to distribute the remaining funds *cy pres*, as follows:

 **(a)** **$27,784.63 to the National Foundation for Credit Counseling, and;**

 **(b)** **$27,784.62 to the National Consumer Law Center.**

**IT IS SO ORDERED, this** 3rd **day of** March **, 2021.**

_____
**HONORABLE PAUL A. CROTTY**
**UNITED STATES DISTRICT COURT JUDGE**